**No. 45524.**—Protests 955275–G, etc., of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. There was no proof to sustain the claim that the imported articles are household utensils. The report of the Government analyst confirms the collector's classification as manufactures of metal under paragraph 397. The protests were therefore overruled.